**UNITED STATES of America,**

v.

**Reginald CURRIE, Jr., Appellant.**

**No. 03–2806.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1 June 16, 2004.

Decided March 10, 2005.

George S. Leone, Gail Zweig, Office of United States Attorney, Newark, NJ, for Appellee.

Paul W. Bergrin, Law Office of Paul W. Bergrin, Newark, NJ, for Appellant.

Before ALITO, SMITH, and WALLACE, Circuit Judges.*

## OPINION OF THE COURT

WALLACE, Senior Circuit Judge.

Reginald Currie appeals from the sentence imposed following his conviction for bank robbery under 18 U.S.C. § 2113(a). We vacate the sentence and remand for resentencing in accordance with the Supreme Court's recent decision in *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

VACATED and REMANDED for resentencing.

---

* The Honorable J. Clifford Wallace, Senior United States Circuit Judge for the Ninth Circuit, sitting by designation.